# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007


Mr. Diaz Ramirez may visit his son on October 18, 2026, and return home by 11:59 PM on the same day. Defendant must provide Pretrial Services with the details of his travel, including: the address in Vineland, New Jersey; the means of transportation; and the names of others travelling with him. Mr. Diaz Ramirez must also advise his Pretrial Services Officer of his arrival and departure to and from Vineland, New Jersey.

SO ORDERED:

Vernon Broderick

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

10/01/2026

Hon. Vernon S. Broderick
United States District Judge
United States District Court
U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re: United States v. Lopez Marte, et al.**
**25 Cr. 574 (VSB)**

Dear Judge Broderick:

Sergio Diaz Ramirez, through counsel, respectfully moves for a modification of the terms of his release to permit him to travel to Vineland, New Jersey on October18, 2026, returning on October 19, 2026, to celebrate his son's sixth birthday at the home of his son's mother. In the alternative, we ask the Court to grant Mr. Diaz Ramirez leave to travel to and from Vineland, New Jersey, on Sunday, October 18, 2026, leaving at 6:00 am and returning by 11:59 pm, which would permit him a meaningful time to visit and celebrate with his son.

If permitted, Mr. Diaz Ramirez would be driven to New Jersey by his brother. Pretrial Services has been provided with the name of his brother and the address of Mr. Diaz Ramirez's son's mother in New Jersey.

Pretrial Services does not consent to this request. They advised that the Pretrial Services Office has a policy of not consenting to social or overnight visits for individuals on home detention. The Government defers to Pretrial Services.

Mr. Diaz Ramirez was arrested in this case on November 13, 2025, and released pending trial on February 19, 2026, on a $75,000 appearance bond cosigned by his mother, Flerida Ramirez Mendez. He is on home detention in his mother's home with electronic monitoring and strict Pretrial supervision. Mr. Diaz Ramirez has not asked the Court for any

previous modifications of the conditions of his release. He is currently in compliance with the conditions of release, although he is having trouble finding employment.

Mr. Diaz Ramirez is a Green Card holder. All of his family is in the United States. He has a history of compliance on bond. In the fall of 2024, he was arrested and charged in Bronx Supreme Criminal Court in a case that remains pending. In August 2025, he was released on bond in that case. While on bond, before his federal arrest in connection with the instant matter, Mr. Diaz Ramirez successfully completed two out-of-state visits to see his 5-year-old son in New Jersey, complying with all check-in and reporting requirements, including timely returning to the New York Sheriff's office to have the electronic monitoring device re-installed at the conclusion of each weekend visit. He has not visited his son since being arrested in this case.

The Defense respectfully suggests that Mr. Diaz Ramirez's successful completion of two overnight visits to New Jersey while on state bond, similar to the one being requested now, demonstrates that the Court can have confidence he understands the repercussions of noncompliance, and that he will abide by any conditions set by the Court. We ask the Court to grant this travel request.

Thank you for your consideration and continued courtesies to counsel.

Respectfully,
____/s/______
Richard H. Rosenberg, Esq.

____/s/______
Clara Kalhous, Esq.

Cc: All counsel (by ECF)
Sergio Diaz Ramirez (by electronic message)